558

HELEN HALL, Admrx. of the Estate of Louis Van Hall, Deceased, Plaintiff-Appellant, *v.* KENNETH J. JOHNNIC *et al.,* Defendants-Appellees.

(No. 57882;

First District (1st Division)—December 17, 1973.

*Rehearing denied January 24, 1974.*

559

PER CURIAM.
BURKE, P. J., took no part.

Sheldon Hodes, of Chicago (Alan J. Scheffres, of counsel), for appellant.

Hubbard, Hubbard, O'Brien & Hall, of Chicago (Alvin G. Hubbard and Frederick W. Temple, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PATRICK KELLY, Defendant-Appellant.

(No. 58941;

First District (1st Division)—December 17, 1973.